## SILVERMAN v. CHARLES JACOBS CO.

(Supreme Court, Appellate Term, First Department. December 24, 1914.)

APPEAL AND ERROR (§ 1175*)—REVIEW—DISPOSITION OF CAUSE.

Where plaintiff in an action for an alleged breach of contract failed to prove a cause of action either at the first or second trial, a judgment in his favor will be reversed, and the complaint dismissed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4573–4587; Dec. Dig. § 1175.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Julius Silverman against the Charles Jacobs Company. From a Municipal Court judgment in favor of the plaintiff, entered on the jury's verdict, defendant appeals. Reversed and dismissed.

See, also, 146 N. Y. Supp. 1067.

Argued December term, 1914, before GUY, BIJUR, and PAGE, JJ.

Engel Bros., of New York City (Isidore Schneider, of New York City, of counsel), for appellant.

Henry Salant, of New York City, for respondent.

BIJUR, J. Plaintiff sues defendant, an auctioneer, for breach of an agreement not to sell goods delivered to the auctioneer for less than a certain invoice price. Defendant rested on its motion to dismiss at the close of plaintiff's case.

Plaintiff failed to prove any cause of action, either against defendant or any one else; and as this is the second trial of this suit, and it is evident that plaintiff is unable to furnish proof to sustain his complaint, the judgment is reversed, with costs, and the complaint dismissed, with costs. All concur.